**Order entered January 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01015-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**TINA TEAGUE, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA17-47049-M**

## ORDER

This appeal is **REINSTATED**.

On October 10, 2019, the Court abated this appeal to allow the trial court to make findings of fact and conclusions of law and to order the reporter's record supplemented with missing exhibits. The trial court's written findings and the supplemental reporter's record have been filed.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE